# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN, | No. C 12-02550 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| AMERICAN EXPRESS CENTURION BANK, | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on August 16, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the August 16 conference and ORDERS Plaintiff Deborah McQueen to file a status report by August 30, 2012.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,

          Plaintiff(s),

  v.

AMERICAN EXPRESS CENTURION BANK,

          Defendant(s).

          No. C 12-02550 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550

Dated: August 10, 2012

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk