UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN, | No. C 12-2550 MEJ |
| Plaintiff, | **ORDER RE: SERVICE** |
| v. | |
| AMERICAN EXPRESS CENTURION BANK, | |
| Defendant. | |

This matter was originally scheduled for a Case Management Conference on August 16, 2012. However, as there was no indication that Defendant American Express Centurion Bank had been served, the Court vacated the August 16 conference and ordered Plaintiff Deborah McQueen to file a status report by August 30, 2012. Dkt. No. 3. On August 15, 2012, Plaintiff filed a proof of service stating that she served Defendant via United States Postal Service Certified Mail. Dkt. No. 6. Plaintiff subsequently filed a request for entry of default, which the Clerk of Court denied for failure to comply with Federal Rule of Civil Procedure 4. Dkt. Nos. 7, 9.

On August 29, 2012, Plaintiff filed a status report which does not mention the declination of default, but instead states that Plaintiff served Defendant and requests that the Court reschedule the case management conference. However, as there is still no indication that Defendant has been properly served, the Court ORDERS Plaintiff to complete service in compliance with Rule 4 by October 18, 2012. For assistance with service requirements, Plaintiff is encouraged to review the Pro Se Handbook, which can be obtained online at http://www.cand.uscourts.gov or in person at the Clerk's Office. The Court directs Plaintiff to Chapter 8, which addresses the rules for serving documents on other parties to the lawsuit. In addition, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling

(415.782.9000, extension 8657) or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

Plaintiff is hereby informed that this case may be dismissed for failure to prosecute if she does not comply with the October 18 service deadline.

**IT IS SO ORDERED.**

Dated: September 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,

        Plaintiff,

  v.

AMERICAN EXPRESS CENTURION BANK et al,

        Defendant.

Case Number: CV12-02550 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550

Dated: September 6, 2012

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk