UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN, | No. C 12-2550 MEJ |
| Plaintiff, | **SECOND ORDER RE: SERVICE** |
| v. | |
| AMERICAN EXPRESS CENTURION BANK, | |
| Defendant. | |

On September 18, 2012, Plaintiff Deborah McQueen filed an Amended Complaint, which includes the original Defendant, American Express Centurion Bank, and added Martin Hoffman, Brian Minh Ngo, and Janet Lorraine Brown as Defendants. American Express Centurion Bank has filed a motion to dismiss, but there is no indication that the other Defendants have been served. Accordingly, the Court ORDERS Plaintiff to file a status report by October 24, 2012, regarding service upon Martin Hoffman, Brian Minh Ngo, and Janet Lorraine Brown.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,

    Plaintiff,

v.

AMERICAN EXPRESS CENTURION BANK et al,

    Defendant.

Case Number: CV12-02550 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550

Dated: October 10, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk