# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN, | No. C 12-2550 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN EXPRESS CENTURION BANK, et al., | |
| Defendants. | |

On October 8, 2012, Defendant American Express Centurion Bank filed a Motion to Dismiss, with a noticed hearing date of November 8, 2012. Dkt. No. 16. However, Plaintiff Deborah McQueen failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the November 8 hearing and ORDERS Plaintiff Deborah McQueen to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 8, 2012. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 29, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff Deborah McQueen that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,                                    No. C 12-02550 MEJ

        Plaintiff(s),                            **CERTIFICATE OF SERVICE**

  v.

AMERICAN EXPRESS CENTURION BANK,

        Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550


Dated: October 23, 2012

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk