# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN, | No. C 12-2550 MEJ |
| Plaintiff, | **ORDER DISCHARGING TO SHOW CAUSE** |
| v. | |
| AMERICAN EXPRESS CENTURION BANK, et al., | |
| Defendants. | |

On October 24, 2012, the Court ordered Plaintiff Deborah McQueen to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. However, it has now become apparent that Plaintiff timely filed her opposition to Defendant's motion to dismiss, but the Clerk's Office did not process the opposition until past the deadline, and the undersigned was therefore unaware that it had been filed. Accordingly, the order to show cause is DISCHARGED. As Defendant has also filed a reply brief, the Court shall review the parties' papers and determine if a hearing is necessary. The Court shall either schedule a hearing or issue an order on the papers.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,

        Plaintiff(s),

v.

AMERICAN EXPRESS CENTURION BANK,

        Defendant(s).

No. C 12-02550 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550

Dated: October 25, 2012

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk

2