UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEBORAH MCQUEEN,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS CENTURION BANK,<br><br>        Defendant. | No. C 12-2550 MEJ<br><br>**THIRD ORDER RE: SERVICE** |

On October 25, 2012, the Court granted Defendant American Express Centurion Bank's motion to dismiss. Dkt. No. 33. Accordingly, the sole remaining Defendants in this case are Martin Hoffmann, Brian Minh Ngo, and Janet Lorraine Brown. However, based on a statement filed by the individual Defendants, it does not appear that they have been properly served. Specifically, Plaintiff Deborah McQueen served the Defendants directly rather than by someone other than herself, and Plaintiff failed to either obtain a waiver of service from each Defendant or to include the acknowledgment of service form she was required to send along with the First Amended Complaint. Dkt. No. 34. The Court has previously informed Plaintiff of the service requirements in federal court. *See* Dkt. No. 12. Accordingly, the Court ORDERS Plaintiff to complete service in compliance with Federal Rule of Civil Procedure 4 by December 4, 2012.

As the Court previously informed Plaintiff, for assistance with service requirements, she is encouraged to review the Pro Se Handbook, which can be obtained online at http://www.cand.uscourts.gov or in person at the Clerk's Office. The Court directs Plaintiff to Chapter 8, which addresses the rules for serving documents on other parties to the lawsuit. In addition, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling (415.782.9000, extension 8657) or signing up for

an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

Plaintiff is hereby informed that this case may be dismissed for failure to prosecute if she does not comply with the December 4 service deadline.

**IT IS SO ORDERED.**

Dated: November 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH MCQUEEN,

    Plaintiff,

v.

AMERICAN EXPRESS CENTURION BANK et al,

    Defendant.

Case Number: CV12-02550 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550

Dated: November 14, 2012

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk