Deborah McQueen
1863 Altair Avenue
Livermore, CA 94550
(925) 518-8808
DeborahMcQueen@OperaSmarts.com
Pro Se

**GRANTED**
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MCQUEEN, an individual, | Case Number: C12-02550 MEJ |
| Plaintiff, | [Assigned for all purposes to the Honorable Maria-Elena James] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF REMAINING PARTIES AND CLAIMS WITHOUT PREJUDICE** |
| AMERICAN EXPRESS CENTURION BANK, a Utah corporation; MARTIN HOFFMANN, BRIAN MINH NGO, JANET LORRAINE BROWN, and DOES 1 THROUGH 10, individuals, | |
| Defendants. | Amended Complaint Filed: Sept. 18, 2012 |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure
2  41(a)(1)(A), Plaintiff voluntarily dismisses without prejudice the above-entitled action against
3  the remaining Defendants Martin Hoffmann, Brian Minh Ngo, Janet Lorraine Brown, and Does
4  1 through 10. This notice of dismissal is being filed with the Court before service by the above
5  named Defendants of either an answer or a motion for summary judgment.

8  Respectfully submitted this 20th day of November 2012.

*Deborah McQueen* (signature)

Deborah McQueen, Plaintiff
1863 Altair Avenue
Livermore, CA 94550
(925) 518-8808

## PROOF OF SERVICE

Case number: C 12-02550 MEJ

On the date shown below, I, James Hutchins, served on the Defendants the following document(s):

NOTICE OF VOLUNTARY DISMISSAL OF REMAINING PARTIES AND CLAIMS WITHOUT PREJUDICE

I served the documents by U.S. MAIL. The document listed above was placed in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.

Recipients' Names and Addresses:

Martin Hoffmann
1320 Willow Pass Road, Suite 730
Concord, CA 94520

Brian Minh Ngo
1320 Willow Pass Road, Suite 730
Concord, CA 94520

Janet Lorraine Brown
1320 Willow Pass Road, Suite 730
Concord, CA 94520

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2012 at San Francisco, California.

Signature: _____
Printed name: James A. Hutchins