1  Deborah McQueen
   1863 Altair Avenue
2  Livermore, CA 94550
   (925) 518-8808
3  DeborahMcQueen@OperaSmarts.com
   Pro Se
4

**GRANTED**

Judge Maria-Elena James

5

6

7  ## UNITED STATES DISTRICT COURT
   ## NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| DEBORAH MCQUEEN, an individual, | Case Number: C12-02550 MEJ |
| *Plaintiff,* | [Assigned for all purposes to the Honorable Maria-Elena James] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF REMAINING PARTIES AND CLAIMS WITHOUT PREJUDICE** |
| AMERICAN EXPRESS CENTURION BANK, a Utah corporation; MARTIN HOFFMANN, BRIAN MINH NGO, JANET LORRAINE BROWN, and DOES 1 THROUGH 10, individuals, | |
| *Defendants.* | |
| | Amended Complaint Filed: Sept. 18, 2012 |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure

2  41(a)(1)(A), Plaintiff voluntarily dismisses without prejudice the above-entitled action against

3  the remaining Defendants Martin Hoffmann, Brian Minh Ngo, Janet Lorraine Brown, and Does

4  1 through 10. This notice of dismissal is being filed with the Court before service by the above

5  named Defendants of either an answer or a motion for summary judgment.

6

7

8  Respectfully submitted this 20th day of November 2012.

9

10

11

12                         Deborah McQueen, Plaintiff
                           1863 Altair Avenue
13                         Livermore, CA 94550
                           (925) 518-8808
14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    **PROOF OF SERVICE**

2

3    Case number: C 12-02550 MEJ

4

5        On the date shown below, I, James Hutchins, served on the Defendants the following

6    document(s):

7        NOTICE OF VOLUNTARY DISMISSAL OF REMAINING PARTIES AND CLAIMS

8            WITHOUT PREJUDICE

9

10   I served the documents by U.S. MAIL. The document listed above was placed in a sealed

11   envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth

12   below.

13       Recipients' Names and Addresses:

14                          Martin Hoffmann
                            1320 Willow Pass Road, Suite 730
15                          Concord, CA 94520

16                          Brian Minh Ngo
17                          1320 Willow Pass Road, Suite 730
                            Concord, CA 94520
18
                            Janet Lorraine Brown
19                          1320 Willow Pass Road, Suite 730
                            Concord, CA 94520
20

21       I declare under penalty of perjury under the laws of the United States of America that the

22   foregoing is true and correct.

23

24   Executed on November 20, 2012 at San Francisco, California.

25

26       Signature: _____

27       Printed name: ___James A. Hutchins_____